# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MAURICE GLADYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:10-cv-02694-RBP-PWG |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The magistrate judge filed a report and recommendation on June 7, 2011, recommending that the following claims be dismissed: (1) plaintiff's claims against the Alabama Department of Corrections; (2) plaintiff's claims against the defendants in their official capacities for monetary relief; and (3) plaintiff's supervisory liability claims against Wardens Hetzel, Gordy, and Edwards. (Doc. 10.) It was further recommended that plaintiff's Eighth Amendment excessive force claims against Defendants Pickens and Johnson, in their individual capacities, be referred to the magistrate judge for further proceedings. *Id*. No objections have been filed by the plaintiff.

Having carefully reviewed and considered *de novo* the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that all of plaintiff's claims in this action **EXCEPT** plaintiff's Eighth Amendment excessive force claims against Defendants Pickens and Johnson are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that the plaintiff's Eighth Amendment excessive force claims against Defendants Pickens and Johnson, in their individual capacities, are **REFERRED** to the magistrate judge for further proceedings.

DATED this 12th day of July, 2011.

*Robert B. Propst*
_____
ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE